McKenna *v.* McKenna, Appellant.

Argued June 13, 1974. *Parke H. Ulrich,* with him *Fox, Differ, Callahan & Ulrich,* for appellant; *Arthur Lefkoe,* with him *Wisler, Pearlstine, Talone, Craig and Garrity,* for appellee.

Order affirmed.

Pittman, Appellant, *v.* Eisenhart.

Argued June 14, 1974. *Richard C. Angino,* with him *Hurwitz, Klein, Benjamin & Angino,* for appellant; *G. Thomas Miller,* with him *David E. Lehman,* and *McNees, Wallace & Nurick,* for appellee.

Order affirmed.

Reddinger, et al. v. Cureton, Appellant.

Argued June 18, 1974. *John J. Pentz, Jr.,* with him *Bensinger and Pentz,* for appellant; *Peter J. O'Brien,* for appellees.

Order affirmed.

Schulz, Appellant, *v.* Young.

Argued June 14, 1974. *Lee H. Roberts,* for appellant; *Bernhard Dohrmann,* for appellee.

Order affirmed.